# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE McNEIL,<br><br>             Petitioner,<br><br>     v.<br><br>G.J. GIURBINO, Warden,<br><br>             Respondent.<br>_____/ | CV F   06-1042 AWI DLB HC<br><br>ORDER REGARDING PETITIONER'S MOTION TO FILE OBJECTIONS AND ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER COURTESY COPY OF PETITION AND ATTACHED EXHIBITS<br><br>[Doc. 6] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On September 13, 2006, the Magistrate Judge issued Findings and Recommendations recommending that the instant petition be dismissed, without prejudice, as a successive petition. (Court Doc. 3.)  Without any objection by Petitioner, the Findings and Recommendations were adopted in full and judgment was entered on November 20, 2006.  (Court Docs. 4, 5.)

     On December 5, 2006, after receiving the Court's November 20, 2006, order Petitioner filed a motion for an order to file timely objections.  (Court Doc. 6.)  In his motion, Petitioner states that he was never provided a free copy of his petition and exhibits to send to the Ninth Circuit Court of Appeals.  Petitioner submits a letter he forwarded to Attorney's Diversified Service in which he requests a copy of the petition.  However, Attorney's Diversified requires the payment of $45.00 for the copy.  (Exhibit A-3, Motion.)  Petitioner states that he is indigent and unable to afford the payment of the fee for copying.

1  In the interests of justice, the Court will provide Petitioner a courtesy copy of his petition
2 and attachments.  However, Petitioner is advised that this is purely a courtesy as it is his
3 responsibility to either pay the fee for the costs of the copy of the petition or retain a copy for his
4 own personal use.  Thus, in future litigation this courtesy will likely not be extended to
5 Petitioner.
6  Accordingly, it is HEREBY ORDERED that the Clerk of Court is directed to send
7 Petitioner a courtesy copy of his petition, filed August 9, 2006.  Petitioner's motion is DENIED
8 in all other respects.

10 IT IS SO ORDERED.
11 **Dated:   December 30, 2006**           **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE