UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE McNEIL,<br><br>    Petitioner,<br><br>    v.<br><br>G. J. GIURBINO, Warden,<br><br>    Respondent. | 1:06-CV-01042-AWI-DLB-HC<br><br>ORDER DENYING MOTION<br><br>(Doc. 8) |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 30, 2007, petitioner filed a motion to file objections. In light of the fact that the petition was dismissed without prejudice on November 20, 2006, IT IS HEREBY ORDERED that plaintiff's motion to file objections, filed on January 30, 2007 is DENIED as moot.

IT IS SO ORDERED.

**Dated:** **March 15, 2007**         **/s/ Dennis L. Beck**
23ehd0                                             UNITED STATES MAGISTRATE JUDGE